# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

QUAVEN RILEY § 
 ID # 25041574 §
 §
 §
v. § CIVIL ACTION NO. 3:26-CV-0939-S-BW
 §
DALLAS COUNTY SHERIFF §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, the habeas claims in the Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 5] will be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state remedies, and any non-habeas civil claims will be **DISMISSED WITHOUT PREJUDICE** to Petitioner's raising them in a separate civil action.

**SO ORDERED.**

SIGNED June 16, 2026.

_____
UNITED STATES DISTRICT JUDGE